UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE, INC.,

          Plaintiff,

    v.

PINEY WOODS MOBILITY LLC,

          Defendant.

Case No.  26-cv-05219-SVK

**ORDER OF RECUSAL**

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: June 3, 2026

_Susan van Keulen_

SUSAN VAN KEULEN
United States Magistrate Judge